# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-61)

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 842 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 12/17/10
ATTEST: Tom Dupree
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 1871

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 10-02914 | Graham v. SmithKline Beecham Corporation |
| **ARKANSAS EASTERN** | | | |
| ARE | 3 | 10-00271 | Parish v. SmithKline Beecham Corporation |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 10-00920 | Akins et al v. SmithKline Beecham Corporation et al |
| ILS | 3 | 10-00923 | Griggs et al v. SmithKline Beecham Corporation et al |
| ILS | 3 | 10-00924 | Gordon et al v. SmithKline Beecham Corporation et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 10-01384 | Ballinger-Nardei v. SmithKline Beecham Corporation |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 10-00509 | McCabe, et al. v. GlaxoSmithKline, et al. |
| **MARYLAND** | | | |
| MD | 1 | 10-03230 | Evans et al v. SmithKline Beecham Corporation, et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 4 | 10-00138 | Dickens v. SmithKline Beecham Corporation |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 10-00634 | Haymon v. SmithKline Beecham Corporation |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 10-01882 | Adams et al v. GlaxoSmithKline (GSK) |
| MOE | 4 | 10-02039 | White v. GlaxoSmithKline LLC |
| MOE | 4 | 10-02142 | Cain v. SmithKline Beecham Corp. et al |

## MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 10-01127 | Rush v. GlaxoSmithKline LLC |
| MOW | 4 | 10-01130 | Martin v. GlaxoSmithKline LLC |
| MOW | 4 | 10-01131 | Waters v. GlaxoSmithKline LLC |

## MONTANA

| | | | |
|---|---|---|---|
| MT | 2 | 10-00059 | Newman v. SmithKline Beecham Corporation |

## NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 10-00876 | McClaskie et al v. SmithKline Beecham Corporation |
| NYW | 1 | 10-00877 | Scahill v. SmithKline Beecham Corporation |
| NYW | 1 | 10-00878 | Cope et al v. SmithKline Beecham Corporation |
| NYW | 1 | 10-00917 | Jones v. SmithKline Beecham Corporation |
| NYW | 6 | 10-06644 | Cieslinski v. SmithKline Beecham Corporation |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 10-00863 | Allen et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00864 | Ahrens et al V. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00866 | Cain et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00867 | Free et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00868 | Elya et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00869 | Tucker v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00870 | Richards et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00872 | Larned et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00873 | Nicely et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00874 | Bell et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00875 | Jones et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00876 | Charland et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00877 | Lea et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00878 | Brown et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00879 | Lashmet et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00880 | Mishler et al v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00881 | Colbeck v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00882 | Silvy v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00883 | Talbott v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00884 | Mccutcheon v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00885 | Rucolas v. GlaxoSmithKline, LLC |
| NCM | 1 | 10-00886 | Donaldson v. GlaxoSmithKline, LLC |

## TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 10-00468 | Roberts v. GlaxoSmithKline LLC |